IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                         )
    KENNETH LAFRANCE BURROUGH, JR.,   )   Case No.  10-10421-WV
    CRYSTAL MELRISE BURROUGH,         )
                                       )   Ch. 7
    Debtors.                           )

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Claim No. 1<br>OU Medical Center | $2.57 |
| Claim No. 3<br>OU Medical Center | $2.57 |
| Claim No. 5<br>Surgical Hospital of Oklahoma | $3.17 |
| Claim No. 6<br>Surgical Specialists of Oklahoma | $0.72 |
| Claim No. 12<br>Internal Revenue Service | $0.41 |
| Claim No. 13<br>Mercy Health Edmond | $4.09 |
| Claim No. 14<br>Credit Collections | $1.59 |
| Total | $15.12 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $15.12, will be deposited with the clerk into unclaimed funds.

DATE: January 3, 2011                              s/ Lyle Nelson
                                                   Lyle R. Nelson, OBA#10914
                                                   Two Leadership Square
                                                   211 N. Robinson, Suite 1300
                                                   Oklahoma City, OK  73102
                                                   (405) 232-4021 Phone/(405) 232-3746 Fax
                                                   TRUSTEE

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Gary Hammond

Further, I certify that on the 3rd day of January, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

Office of the U.S. Trustee
215 Dean A. McGee Avenue
4th Floor
Oklahoma City, OK 73102
Emailed only

                                                   s/ Lyle Nelson
                                                   Lyle R. Nelson